W. N. CLARK COMPANY, Respondent, v. ELLA R. ANDERSON, Individually and as Administrator, etc., of JANE R. BROWN, Deceased, Appellant.— Motion

for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.